# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States v. Harshkumar Ramanlal Patel

Case Number: 2024 CR 95

An appearance is hereby filed by the undersigned as attorney for: Harshkumar Ramanlal Patel

Attorney name (type or print): Michael I. Leonard

Firm: Leonard Trial Lawyers

Street address: 120 N. LaSalle St. 20th Floor

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6207335
(See item 3 in instructions)

Telephone Number: 312-380-6559

Email Address: mleonard@leonardtrialawyers.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 22, 2024

Attorney signature: S/Michael I. Leonard
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023